UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60135-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.

JAMES WHORDIE GORDON, and
AMEEIN RASHAD MARTIN,

    Defendant.
_____/



FILED by _____ D.C.
DKTG
JUL 2 0 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION OF THE UNITED STATES
## FOR ENTRY OF PROTECTIVE ORDER

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, pursuant to Title 18, United States Code, Sections 983(a)(1)(A)(iii)(II) and 983(a)(3)(C) and Title 21, United States Code, Section 853(e)(1)(A), hereby moves for the entry of a protective order which attaches the jurisdiction of this Court in this criminal action to certain property named for forfeiture in the Indictment in this matter. The property to which this motion refers (hereinafter referred to specifically or as "the property") is:

    a.    A 2001 Daewoo, Vehicle Identification Number KLAVA69271B304403.

The property has been named in the Indictment in this matter as subject to forfeiture in this criminal action. The United States currently has custody of the property. The property is subject to pending administrative forfeiture notice and claim proceedings under Title 18, United States Code, Section 983.

The United States seeks to maintain custody of the property and to have jurisdiction over the forfeiture of the same attach in this criminal action in conformity with the applicable

provisions of the Civil Asset Forfeiture Reform Act of 2000, codified at Title 18 United States Code, Section 983(a).

The United States is entitled to the protective order pursuant to Title 21, United States Code, Section 853(e)(1)(A) based on the fact that the property is named for forfeiture in the Indictment which contains an allegation that, as a result of the felony offenses charged in Counts 1 through 4 of the Indictment, the property is subject to forfeiture and the requested order is necessary to bring the property under the exclusive jurisdiction of this court for adjudication of forfeiture.

The Court is further respectfully referred to the Memorandum and proposed Order submitted in support of this motion. As this is a motion seeking to add property for forfeiture in a criminal case and, since it seeks injunctive relief in the form of a statutory protective order, the Local Rule 88.9, pre-filing conference requirement, is not applicable.

In consideration of the foregoing, the United States requests that its motion be granted and that a protective order in the form attached be entered.

                              Respectively submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

By: _____
      CAROL E. A. DEGRAFFENREIDT
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 0642101
      500 East Broward Boulevard, Suite 700
      Fort Lauderdale, Florida 33394
      Tel:   (954) 660-5726
      Fax:  (954) 356-7180
      Carol.Degraffenreidt@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _20th_ day of July, 2004, to: Carlo D'Angelo, Esquire, c/o D'Angelo, Lorusso & Molle, P.A., 200 SE 6th Street, Suite 100, Fort Lauderdale, FL 33301; and Steven W. Gomberg, Esquire, 1610 Southern Boulevard, West Palm Beach, FL 33406-3242.

_____
CAROL E.A. DEGRAFFENREIDT
ASSISTANT U.S. ATTORNEY