```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2

 3   UNITED STATES OF AMERICA,         CASE NO. 04-60135-CR

 4             Plaintiff,              Miami, Florida
                                       January 28, 2005
 5   VS.                               11:25 a.m.

 6   JAMES WHORDIE GORDON,

 7             Defendant.

 8

 9
                         TRANSCRIPT OF HEARING
10              BEFORE THE HONORABLE WILLIAM J. ZLOCH
                    UNITED STATES DISTRICT JUDGE
11

12
     APPEARANCES:
13
     For the Plaintiff:          Scott Behnke
14                               Assistant U.S. Attorney

15   For the Defendant:          Steven W. Gomberg
                                 Asst. Federal Public Defender
16
     Court Reporter:             Marion L. Ona
17                               524 South Andrews Avenue
                                 Suite 302N
18                               Ft. Lauderdale, Florida  33301

19   ALSO PRESENT:               James Whordie Gordon, Defendant
                                 Michael Gualtiere, FBI
20                               Donna Wilmot, Probation Office

21

22

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.


                   OFFICIAL REPORTING (954) 467-8204
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-60135-CR-ZLOCH
# DE#88

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

# PLEASE REFER TO COURT FILE