FILED by _____ D.C.
JAN 3 0 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 04-60135-CR-ZLOCH    DATE January 30, 2006
CLERK Seamus Flaherty              REPORTER Carl Schanzleh
PROBATION Georgiann Stanley        INTERPRETER

UNITED STATES OF AMERICA v. James Whardie Gordon

U. S. ATTORNEY Terrence Thompson, Esq., AUSA   DEFT COUNSEL Steven Gomberg, Esq.

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Motion To Reduce Sentence Pursuant To Rule 35 (DE 90)

RESULT OF HEARING Motion Granted - Court finds that ∆ rendered substantial assistance.

JUDGMENT 3 mos. as to Count II; 37 mos. as to Count III, 3 years Sup. Rel. as to Counts II and III, to run concurrently, with all terms + conditions previously imposed. $3000 Fine /$200 Assessment less that already paid.

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC ∆ originally sentenced to 90 months (6 mos. as to Count II, 84 mos. as to Count III - consecutive); $3000 Fine and $200 Assessment. ∆ advised of right to appeal.